PETITIONS FOR WRITS OF CERTIORARI DENIED,
FROM OCTOBER 4, 1920, TO AND INCLUDING
JANUARY 24, 1921.

No. 426. VOGT BROTHERS MANUFACTURING COMPANY
v. ELLICOTT MACHINE CORPORATION. See *ante*, 607.

---

No. 319. GORDON L. DUTCHER v. LOUIS N. SANDERS.
October 11, 1920. Petition for a writ of certiorari to the
District Court of Appeals, Third District, of the State of
California denied. *Mr. Charles R. Pierce* and *Mr. Marvin
W. Conkling* for petitioner. *Mr. Thomas O. Toland* for respondent.

---

No. 328. ROSANNA MCDOUGALL, ADMINISTRATRIX,
ETC. v. ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY.
October 11, 1920. Petition for a writ of certiorari to the
Supreme Court of the State of Kansas denied. *Mr. L. W.
Keplinger* for petitioner. No appearance for respondent.

---

No. 336. VIRGINIAN RAILWAY COMPANY v. A. L. MILLS,
ADMINISTRATOR, ETC. October 11, 1920. Petition for a
writ of certiorari to the Supreme Court of Appeals of the
State of West Virginia denied. *Mr. Harry T. Hall* and
*Mr. G. A. Wingfield* for petitioner. No appearance for respondent.